UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADRIAN WRIGHT,

                                    Plaintiff,

          -against-

THE CITY OF NEW YORK; TREVOR J.
BARONETTE, in his individual capacity; KHAMRA
SINGH, in his individual capacity; and FRANK
AVILA, in his individual capacity;

                                    Defendants.
------------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

10 CV 3220 (KAM)(SMG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice.

2. It is hereby agreed that the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the stipulation executed by the parties

on 3/25, 2011, notwithstanding the discontinuance of this action in accord with this agreement.

Dated: New York, New York
March 25 2011

Dated: New York, New York
March 25, 2011

Darius Wadia, LLC
Attorney for Plaintiff
233 Broadway, Suite 2208
New York, NY 10279

By: _____
Darius Wadia, Esq.
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-141
New York, New York 10007
(212) 788-6405

By: _____
Meghan Cavalieri
*Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
_____, 2011

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

2